IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| IN-STALL, INC., an Illinois corporation, | ) ) |
| Defendant. | ) |

CIVIL ACTION

NO. 21 C 130

JUDGE MATTHEW F. KENNELLY

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on March 31, 2021, request this Court enter judgment against Defendant, IN-STALL, INC., an Illinois corporation. In support of this Motion, Plaintiffs state:

1. On March 31, 2021, this Court entered default against Defendant and set a telephonic prove-up hearing for April 28, 2021.

2. On January 8, 2021, Plaintiffs filed the instant litigation against Defendant as a result of its failure to submit its monthly fringe benefit contribution reports for the time period October 2020 forward. During the pendency of this litigation, Defendant has submitted all monthly contribution reports and remitted full payment of all contributions and liquidated damages due thereon to the Plaintiff Funds. (See Affidavit of Katie Eby).

3. Plaintiffs' firm has expended $487.00 for costs and $1,441.75 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

4.  Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $1,928.75.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $1,928.75.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: 312/216-2577
Facsimile: 312/236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\In-Stall, Inc\#29137\motion for entry of judgment.cms.df.wpd

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 19th day of April 2021:

      Mr. Silvano Sintich, Registered Agent
      In-Stall, Inc.
      17 W. Burlington Avenue
      Western Springs, IL   60558-1630


      /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: 312/216-2577
Facsimile: 312/236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\In-Stall, Inc\#29137\motion for entry of judgment.cms.df.wpd